```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUNG HO CHO, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. S. NO. 04-00129 GEB <br><br><br><br> GOVERNMENT'S MOTION AND <br> [PROPOSED] ORDER TO DISMISS <br> INDICTMENT PURSUANT TO RULE 48 <br> OF THE FEDERAL RULES OF <br> CRIMINAL PROCEDURE |

The United States, by and through its attorneys, United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Carolyn K. Delaney, hereby moves to dismiss the Indictment currently pending against the defendant pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: September 29, 2010          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                    /s/ Carolyn K. Delaney

                                   CAROLYN K. DELANEY
                                   Assistant U.S. Attorney

///
///

1

IT IS SO ORDERED:

Dated: September 30, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge